United States District Court
Southern District of Texas
FILED

DEC 3 2003

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| GERALD M. ALEXANDER | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIV. ACTION NO. **B-03-0219** |
| | § | |
| PRUDENTIAL FINANCIAL and THE | § | |
| PRUDENTIAL INSURANCE COMPANY | § | |
| OF AMERICA, | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Prudential Financial and The Prudential Insurance Company of America

("Defendants") filing this, their Notice of Removal, and respectfully show the Court as follows:

**I.**

**PROCEDURAL BACKGROUND**

Movants are the Defendants in the above-entitled action, until now pending in the 404th

Judicial District Court of Cameron County, Texas, Cause No. 2003-10-5114G, styled *"Gerald M.*

*Alexander v. Prudential Financial and The Prudential Insurance Company of America."* Gerald

M. Alexander ("Plaintiff") served Defendants with Plaintiff's Original Petition on the 3rd day of

November, 2003. Defendants filed their Original Verified Answer on November 22, 2003.

## II.

## FACTUAL BACKGROUND AND BASES FOR REMOVAL

In his Original Petition, Plaintiff seeks to recover damages for Defendants' alleged failure to timely pay accidental death benefits under an employee benefit plan. Accordingly, Defendants may remove this action to this Court pursuant to 28 U.S.C. §1441(b) because Plaintiff's claims for relief arise under the laws of the United States, specifically the Employee Retirement Income Security Act of 1974 as amended, 29 U.S.C. §1001, *et seq.* ("ERISA"). This Court has original jurisdiction pursuant to 28 U.S.C. §1331. Furthermore, this Court has supplemental or pendant jurisdiction over Plaintiff's state law claims, if any.

Alternatively, removal is proper as there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of interest, costs and attorneys' fees. *See* 28 U.S.C. § 1332(a); *Laughlin v. K-Mart Corp.,* 50 F.3d 871, 873 (10th Cir. 1995), *cert. denied,* 516 U.S. 863 (1995). Plaintiff is a citizen of the State of Texas. Defendants are citizens of New Jersey and maintain their principal places of business in the state of New Jersey. Therefore, there is complete diversity between the parties. Plaintiff's Original Petition demonstrates that the amount in controversy exceeds $75,000, exclusive of interest, costs and attorneys' fees. *See* Plaintiff's Original Petition at 3-4.

## III.

## JURISDICTION

The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1331 because this case involves a federal question. Specifically, Plaintiff's claims are completely preempted by ERISA.

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION- Page 2**

Alternatively, this Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1441(b) because it is a civil action between completely diverse parties and the amount in controversy as alleged in Plaintiff's Original Petition exceeds $75,000.

**IV.**

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

Pursuant to 28 U.S.C. §1446(b), the Notice of Removal is being filed within thirty (30) days after receipt by Defendants of a copy of the first pleading, motion, order or other paper from which it could be ascertained that the case is one which is removable.

Pursuant to 28 U.S.C. §1446(a), copies of all processes, pleadings and orders filed with the State Court are attached hereto as Exhibit "A."

Pursuant to 28 U.S.C. §1446(d), Defendants have given written notice of filing of this Notice of Removal to Plaintiff and have filed a copy of this Notice of Removal with the Clerk of the 404th Judicial District Court of Cameron County, Texas.

**V.**

## CONCLUSION

Because Plaintiff's claims, as set out in Plaintiff's Original Petition, state a federal question, Defendants desire and are entitled to remove said cause from the 404th Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division.

WHEREFORE, PREMISES CONSIDERED, Defendants Prudential Financial and The Prudential Insurance Company of America pray that the above-mentioned cause of action now

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION- Page 3**

DL/2040985v1

pending against them in the 404th Judicial District Court of Cameron County, Texas, be removed

to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

WAYNE B. MASON
State Bar No. 13158950
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

**ATTORNEYS FOR DEFENDANTS**
**PRUDENTIAL FINANCIAL AND**
**THE PRUDENTIAL INSURANCE COMPANY OF**
**AMERICA**

OF COUNSEL:

KATHERINE RABE KULL
State Bar No. 24007886
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION**- Page 4

DL/2040985v1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was sent via certified mail, return receipt requested, to Plaintiff's counsel, Victor Quintanilla, Law Offices of Ernesto Gamez, Jr., P.C., 777 East Harrison Street, Brownsville, Texas 78520, on this 3rd day of December, 2003, pursuant to the Federal Rules of Civil Procedure.

KATHERINE RABE KULL

__NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT__
__FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION__- **Page 5**

DL/2040985v1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **GERALD M. ALEXANDER** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIV. ACTION NO.** _____ |
| | § | |
| **PRUDENTIAL FINANCIAL and THE** | § | |
| **PRUDENTIAL INSURANCE COMPANY** | § | |
| **OF AMERICA,** | § | |
| | § | |
| **Defendants.** | § | |

## INDEX OF MATTERS BEING FILED

1.   10/17/03      Plaintiffs' Original Petition

2.   11/3/03       Civil Citation served on The Prudential Insurance Company of America

3.   11/24/03      Defendants' Original Verified Answer to Plaintiff's Original Petition

4.   12/3/03       Certified Copy of State Court Docket Sheet

5.   12/3/03       Notice of Filing of Notice of Removal to the United States District Court for the Southern District of Texas, Brownsville Division

**INDEX OF MATTERS BEING FILED – Page 1**

NOV 06 '03 13:44 PRU DI LAW DEPT          9735486575 TO 914692278004          P.06/11
NOV 06 2003 15:35     9/38PM 1310          EMPLOYMENT L   JR          PAGE 03/08

FILED ___9:55___ O'CLOCK ___P___
AURORA DE LA GARZA DIST. CLERK

**COPY**

OCT 17 2003

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_Kay Lopez Jr._ DEPUTY

## CAUSE NO. _2003-10-5114-6_

| | | |
|---|---|---|
| GERALD M. ALEXANDER | * | IN THE DISTRICT COURT OF |
| | * | |
| VS. | * | |
| | * | CAMERON COUNTY, TEXAS |
| | * | |
| PRUDENTIAL FINANCIAL AND THE | * | |
| PRUDENTIAL INSURANCE COMPANY | * | |
| OF AMERICA | * | _104 th_ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **GERALD M. ALEXANDER**, hereinafter referred to as either

"**Plaintiff**" or "**Mr. Alexander**", complaining of and against **PRUDENTIAL FINANCIAL**

and **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, hereinafter

collectively referred to as "**Defendants**", and for cause of action, would respectfully

show this **Honorable Court and Jury** the following:

## I.

## LEVEL 2 DISCOVERY CONTROL PLAN
## IS SELECTED BY THE PLAINTIFF

**1.01** Plaintiff hereby advises this Honorable Court that he selects and intends

to conduct discovery in this case under Level 2 of Rule 190.3 of the Texas Rules of

Civil Procedure.

**Page -1-**

## II.

## PARTIES TO THIS PROCEEDING

**2.01** Plaintiff **Gerald M. Alexander** is a natural person who resides in San Benito, Cameron County, Texas. **Mr. Alexander** is the surviving brother of **David Meyer Alexander, Deceased.**

**2.02** Defendant **Prudential Financial** is, to the best of Plaintiff's knowledge and belief, an insurance company authorized to engage in the insurance business in the State of Texas and which and in **Cameron County**, Texas. This Defendant may be served with citation by and through its **Registered Agent for Service, CT Corporation System, Attention: Shirley Dillon, 350 N. St. Paul Street, Dallas, Texas 75201** pursuant to Rule 106(a)(2) of the **Texas Rules of Civil Procedure** by mailing to **CT Corporation System, Attention: Shirley Dillon** by certified mail, return receipt requested, a true copy of the citation with a copy of the herein **Plaintiff's Original Petition** attached thereto.

**2.03** Defendant **The Prudential Insurance Company of America** is, to the best of **Plaintiff's** knowledge and belief, an insurance company authorized to engage in the insurance business in the State of Texas and which and in **Cameron County**, Texas. This Defendant may be served with citation by and through its **Registered Agent for Service, CT Corporation System, Attention: Shirley Dillon, 350 N. St. Paul Street, Dallas, Texas 75201** pursuant to Rule 106(a)(2) of the **Texas Rules of Civil Procedure** by mailing to **CT Corporation System, Attention: Shirley Dillon** by certified mail, return

receipt requested, a true copy of the citation with a copy of the herein **Plaintiff's Original
Petition** attached thereto.

## III.

## VENUE ALLEGATIONS

**3.01** This is a suit against an insurance policy for the recovery of insurance

benefits by **Mr. Alexander** as beneficiary under said insurance policy.

**3.02 Plaintiff** would show the Court that venue of this proceeding is proper in

**Cameron County, Texas,** pursuant to **Section 15.032(a)(1) of the Texas Civil Practice
and Remedies Code (Vernon 2002)** because **Cameron County, Texas** is the county in

which he as beneficiary resides and resided at the time his cause of action accrued.

## IV.

## FACTUAL ALLEGATIONS

**4.01** As mentioned beforehand, **Plaintiff** is the surviving brother of **Mr. David

Meyer Alexander, Deceased. Defendants** and **Mr. David Meyer Alexander, Deceased**

entered into a contract for the issuance of a life insurance policy to **David Meyer

Alexander, Deceased,** by and through his employer, Marconi and/or BAE Systems. Mr.

David Meyer Alexander also acquired optional coverage under an optional employee

dependent accidental death and dismemberment insurance provision. It is Plaintiff's

understanding that the benefits to be paid under the optional dependent accidental death

**Page -3-**

and dismemberment insurance provision are approximately $412,000.00. **Mr. David Meyer Alexander, Deceased** paid premiums towards this insurance policies through authorized deductions from his payroll check. He continued paying and/or making the insurance premiums during his lifetime and throughout his employment. **Mr. David Meyer Alexander, Deceased** designated **Plaintiff**, his brother, as beneficiary under the aforementioned insurance policy.

**4.02** On or about **June 18, 2000, Mr. David Meyer Alexander** unfortunately died in Austin, Travis County, Texas as a result of an automobile accident. Thereafter, **Plaintiff** made timely claim for benefits as beneficiary under the said life insurance policy and subsequently received payment of said benefits. **Plaintiff** also made a claim for benefits under the optional employee dependent accidental death and dismemberment insurance provision. However, **Defendants** have refused to pay and continue to pay **Plaintiff** the accidental death benefits under the said insurance policy provision.

# V.

# **BREACH OF CONTRACT**

**5.01** **Plaintiff** would show this Honorable Court and Jury that **Defendants'** refusal to pay the benefits under the aforementioned accidental death and dismemberment insurance provision amounts to a **breach of contract**. **Defendants** failed to fulfill their respective obligations to **Plaintiff**, as beneficiary, and also failed to honor the terms of said accidental death and dismemberment insurance provision. As a direct result of

**Page -4-**

Defendants' actions or inactions and failure to perform as promised, Plaintiff has sustained damages and has been prevented from receiving the aforementioned benefits.

## VI.

# ATTORNEY'S FEES SOUGHT BY PLAINTIFF

**6.01** As a further result of both **Defendants'** breach of contract and/or actions and inactions, **Plaintiff** has been compelled to engage the services of the undersigned law firm and has agreed to pay such attorneys for legal services rendered and to be rendered in the preparation and trial of this cause.  As such, **Plaintiff** seeks to recover reasonable attorney's fees from Defendants **Prudential Financial** and **The Prudential Insurance Company of America**, jointly and severally, in relation to the work performed in this cause.

## VII.

**7.01**  **Plaintiff** further states that he is entitled to pre-judgment interest and post-judgment interest as allowed under the law.

**7.02**  Moreover, **Plaintiff** contends that all conditions precedent have been performed or have occurred.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff **GERALD M. ALEXANDER** respectfully prays that Defendants **PRUDENTIAL FINANCIAL** and **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA** be cited to appear and answer, and that a trial

**Page -5-**

by jury be had on the merits, and at the conclusion of said trial, he have the following:

**(1)**    Judgment against Defendants **PRUDENTIAL FINANCIAL** and **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, jointly and severally, for the aforementioned damages sustained by **Plaintiff** as alleged in the foregoing paragraphs in an amount within the jurisdictional limits of this Court, together with pre-judgment interest on said Judgment;

**(2)**    Interest on the judgment at the legal rate, until paid;

**(3)**    Any and all court cost herein expended;

**(4)**    An award of reasonable attorney's fees; and,

**(5)**    Such other and further relief, at law or in equity, general or special, to which **Plaintiff** may show himself to be justly entitled.

Respectfully submitted,

**LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.**
777 East Harrison Street
Brownsville, Texas 78520
Telephone No.:(956) 541-3820
Facsimile No.:(956) 541-7694
E-Mail:  egamezlaw@aol.com

BY: _____
**VICTOR QUINTANILLA**
State Bar No. 00786181
County Id. No. 9917

**ATTORNEYS FOR PLAINTIFF
GERALD M. ALEXANDER**

**Page -6-**

Citation for Personal Service - NON-RESIDENT NOTICE     Lit. Seq. # 6.003.01

No. 2003-10-005114-G

**COPY**

T H E     S T A T E     O F     T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: PRUDENTIAL INSURANCE COMPANY OF AMERICA
    SERVING REGISTERED AGENT
    CT CORPORATION SYSTEM
    ATTN: SHIRLEY DILLON
    350 N. ST. PAUL STREET
    DALLAS, TEXAS 75201
the ____ RESPONDENT ____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said ____ PETITION ____ was filed on OCTOBER 17, 2003. A copy of same accompanies this citation.

The file number of said suit being No. 2003-10-005114-G.

The style of the case is:

GERALD M. ALEXANDER
VS.
PRUDENTIAL FINANCIAL ET AL.

Said petition was filed in said court by ____ HON. VICTOR QUINTANILLA ____
(Attorney for ____ PLAINTIFF ____), whose address is
777 E. HARRISON STREET BROWNSVILLE, TX. 78520 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 20th day of OCTOBER, A.D. 2003.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

_Ray Lopez Jr_, Deputy

## CAUSE NO. 2003-10-5114-G

| | | |
|---|---|---|
| **GERALD M. ALEXANDER** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAMERON COUNTY, TEXAS** |
| | § | |
| **PRUDENTIAL FINANCIAL and THE** | § | |
| **PRUDENTIAL INSURANCE** | § | |
| **COMPANY OF AMERICA,** | § | |
| | § | **404TH JUDICIAL DISTRICT** |
| **Defendants.** | | |

## DEFENDANTS' ORIGINAL VERIFIED ANSWER
## TO PLAINTIFF'S ORIGINAL PETITION

Defendants Prudential Financial and The Prudential Insurance Company of America ("Defendants") file their Original Verified Answer to Plaintiff's Original Petition and would show the Court as follows:

### I.

### GENERAL DENIAL

Defendants deny generally the material allegations of Plaintiff's Original Petition and state that, inasmuch as they are allegations of fact, Gerald Alexander ("Plaintiff") should prove the allegations to the trier of fact by a preponderance of evidence, if Plaintiff can do so.

### II.

### VERIFIED DENIALS

#### FIRST VERIFIED DENIAL

Prudential Financial is not a proper party to this suit.

#### SECOND VERIFIED DENIAL

Prudential Financial is not a proper party to this suit under ERISA.

### THIRD VERIFIED DENIAL

The Prudential Insurance Company of America is not a proper party to this suit.

### FOURTH VERIFIED DENIAL

The Prudential Insurance Company of America is not a proper party to this suit under ERISA.

## III.

## SPECIFIC DENIALS

Defendants assert that all conditions precedent have not been performed. Specifically, Plaintiff has not given Defendants notice and proof of loss.

## IV.

## DEFENSES

### FIRST DEFENSE

Plaintiff's Original Petition fails to state any claim upon which relief can be granted against Defendants.

### SECOND DEFENSE

The claims in Plaintiff's Original Petition arise out of the administration of an employee benefit plan governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et. seq.* ("ERISA"), and to the extent any state law claims are asserted by Plaintiff against Defendants, those claims are completely preempted by ERISA.

### THIRD DEFENSE

Plaintiff's Original Petition fails to state any claim upon which relief can be granted against either Defendant under ERISA.

**DEFENDANTS' ORIGINAL VERIFIED ANSWER TO**
**PLAINTIFF'S ORIGINAL PETITION– Page 2**

## FOURTH DEFENSE

Any damages allegedly sustained by Plaintiff, if any be proven, are caused in whole or part by the culpable conduct of Plaintiff or third parties or instrumentalities over whom Defendants had no right of control and, therefore, the amount of any damages otherwise recoverable by Plaintiff against Defendants should be extinguished or reduced in comparative proportion to the culpable conduct of Plaintiff or any third parties.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that, upon final hearing, judgment be rendered that Plaintiff take nothing by reason of this suit, that Defendants recover their costs and for such other and further relief to which Defendants may show themselves justly entitled.

Respectfully submitted,

WAYNE B. MASON
State Bar No. 13158950
KATHERINE RABE KULL
State Bar No. 24007886
SEDGWICK, DETERT, MORAN & ARNOLD LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 227-8200
(469) 227-8004 Telecopy

**ATTORNEYS FOR DEFENDANTS
PRUDENTIAL FINANCIAL and THE
PRUDENTIAL INSURANCE COMPANY OF
AMERICA**

**DEFENDANTS' ORIGINAL VERIFIED ANSWER TO
PLAINTIFF'S ORIGINAL PETITION– Page 3**

## **VERIFICATION**

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Katherine Rabe

Kull, one of the attorneys for Prudential Financial and The Prudential Insurance Company of

America, who, after having been duly sworn, stated upon her oath that she is duly authorized to

make this verification on their behalf, and that the verified denials in the foregoing Defendants'

Original Verified Answer to Plaintiff's Original Petition are within her personal knowledge and

are true and correct.



KATHERINE RABE KULL

SUBSCRIBED AND SWORN TO BEFORE ME, this 21st day of November, 2003.

MARTHA G. FULLER
Notary Public
STATE OF TEXAS
My Comm. Expires 06-12-2004

Notary Public in and for the State of Texas

**DEFENDANTS' ORIGINAL VERIFIED ANSWER TO**
**PLAINTIFF'S ORIGINAL PETITION– Page 4**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was sent via certified mail, return receipt requested, to Plaintiff's counsel, Victor Quintanilla, Law Offices of Ernesto Gamez, Jr., P.C., 777 East Harrison Street, Brownsville, Texas 78520, on the 21st day of November, 2003, pursuant to the Texas Rules of Civil Procedure.

KATHERINE RABE KULL

**DEFENDANTS' ORIGINAL VERIFIED ANSWER TO**
**PLAINTIFF'S ORIGINAL PETITION– Page 5**

RUN DATE 12/02/03
RUN TIME  3:14 PM

**CERTIFIED COPY**

\* \* \* \* \* C L E R K ' S   E N T R I E S \* \* \* \*

GERALD M. ALEXANDER

VS

PRUDENTIAL FINANCIAL ET AL.

00009917                                        (06)
HON. VICTOR QUINTANILLA
777 E. HARRISON STREET
BROWNSVILLE, TX.  78520 0000          BREACH OF CONTRA

00610703
WAYNE B. MASON
1717 MAIN STREET, SUITE 5400
DALLAS, TEXAS  75201 0000

10/17/03  ORIGINAL PETITI
10/20/03  CITATION: PRUDE
10/20/03   SERVED: 11/C
10/20/03  CITATION: PRUDE
          OF AMERICA
          SERVED: 11/C
10/20/03  CITATION RETURN
11/12/03  CITATION RETURN
11/24/03  ORIGINAL ANSWER
11/24/03  ORIGINAL ANSWER
          INSURANCE COMPA

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY TEXAS
BY: _____
DATE: _____
DEPUTY

## CAUSE NO. 2003-10-5114-G

| | | |
|---|---|---|
| GERALD M. ALEXANDER | § | IN THE DISTRICT COURT OF |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CAMERON COUNTY, TEXAS |
| | § | |
| PRUDENTIAL FINANCIAL and THE | § | |
| PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | 404TH JUDICIAL DISTRICT |
| **Defendants.** | | |

## NOTICE OF FILING OF NOTICE OF REMOVAL TO
## THE UNITED STATES DISTRICT COURT FOR THE
## <u>SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Defendants, Prudential Financial and The Prudential Insurance Company of America ("Defendants"), giving notice to this Court that Defendants have on the 3rd day of December, 2003, filed with the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal to the United States District Court for the Southern District of Texas, Brownsville Division, of the above-styled and numbered cause which was until now pending in the 404th Judicial District Court of Cameron County, Texas, thereby removing this case to the United States District Court for the Southern District of Texas, Brownsville Division. A true and correct copy of the Notice of Removal is attached hereto as Exhibit "A".

<u>NOTICE OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT</u>
<u>COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION</u>- **Page 1**

DL/2040989v1

Respectfully submitted,

WAYNE B. MASON
State Bar No. 13158950
KATHERINE RABE KULL
State Bar No. 24007886
SEDGWICK, DETERT, MORAN & ARNOLD LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

**ATTORNEYS FOR DEFENDANTS
PRUDENTIAL FINANCIAL AND
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was sent via certified mail, return receipt requested, to Plaintiff's counsel, Victor Quintanilla, Law Offices of Ernesto Gamez, Jr., P.C., 777 East Harrison Street, Brownsville, Texas 78520, on the 3rd day of December, 2003, pursuant to the Texas Rules of Civil Procedure.

KATHERINE RABE KULL

**NOTICE OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION- Page 2**

DL/2040989v1