Case 1:03-cv-00219    Document 2    Filed in TXSD on 12/03/2003    Page 1 of 3

United States District Court
Southern District of Texas
FILED
DEC 3 2003
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GERALD M. ALEXANDER § | |
| § | |
| Plaintiff, § | |
| § | CIV. ACTION NO. B-03-0219 |
| v. § | |
| § | |
| PRUDENTIAL FINANCIAL AND THE § | |
| PRUDENTIAL INSURANCE COMPANY § | |
| OF AMERICA § | |
| § | |
| Defendant § | |

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Defendants Prudential Financial and The Prudential Insurance Company of America file their Certificate of Interested Persons, as follows:

1.  Plaintiff:

    Gerald M. Alexander

2.  Defendants

    Prudential Financial
    The Prudential Insurance Company of America

3.  Parent Corporation of Prudential:

    Prudential Holdings, LLC

4.  Employee Welfare Benefit Plan at issue:

    BAE Systems Employee Benefit Plan

DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS- Page 1

DL/2040997v1

5.  <u>Counsel for Plaintiffs</u>:

    Victor Quintanilla
    State Bar No. 00786181
    Southern District of Texas No. 9917
    Law Offices of Ernesto Gamez, Jr., P.C.
    777 East Harrison Street
    Brownsville, TX 78520
    Telephone: 956-541-3820
    Facsimile: 956-541-7694

6.  <u>Counsel for Defendants</u>:

    Wayne B. Mason
    State Bar No. 13158950
    Southern District of Texas No. 8694
    Katherine Rabe Kull
    State Bar No. 24007886
    Southern District of Texas No. 23665
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
    1717 Main Street, Suite 5400
    Dallas, Texas 75201-7367
    Telephone: (469) 227-8200
    Facsimile: (469) 227-8004

Respectfully submitted,

_____
WAYNE B. MASON
State Bar No. 13158950
Southern District No. 8694

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

**ATTORNEYS FOR DEFENDANTS,
PRUDENTIAL FINANCIAL AND
THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA**

OF COUNSEL:

**KATHERINE RABE KULL**
State Bar No. 24007886
Southern District No. 23665

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to plaintiff's counsel via certified mail, return receipt requested, on the 3rd day of December, 2003:

Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 East Harrison Street
Brownsville, TX 78520

_____
Katherine Rabe Kull

DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS- Page 3

DL/2040997v1