Case 1:03-cv-00219   Document 4   Filed in TXSD on 12/18/2003

United States District Court
Southern District of Texas
FILED

DEC 18 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GERALD M. ALEXANDER § | |
| § | |
| Plaintiff, § | |
| § | CIV. ACTION NO. B-03-219 |
| v. § | |
| § | |
| PRUDENTIAL FINANCIAL AND THE § | |
| PRUDENTIAL INSURANCE COMPANY § | |
| OF AMERICA § | |
| § | |
| Defendant | |

### DEFENDANTS PRUDENTIAL FINANCIAL AND THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CERTIFICATE OF SERVICE

Defendants Prudential Financial and The Prudential Insurance Company of America hereby certify that they have served the opposing party with copies of:

- Order for Conference;

- Form for Joint Report on Meeting Required by Rule 26(f) and Joint Discovery/Case Management Plan;

- Judge Hanen's Rules of Court.

Respectfully submitted,

_____
WAYNE B. MASON
State Bar No. 13158950
Southern District No. 8694
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

ATTORNEYS FOR DEFENDANTS, PRUDENTIAL
FINANCIAL AND THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

DEFENDANTS PRUDENTIAL FINANCIAL AND THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA'S CERTIFICATE OF SERVICE- Page 1

DL/2041931v1

OF COUNSEL:

**KATHERINE RABE KULL**
State Bar No. 24007886
Southern District No. 23665

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to plaintiff's counsel via certified mail, return receipt requested, on the 16th day of December, 2003:

Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 East Harrison Street
Brownsville, TX 78520

_____
Katherine Rabe Kull

**DEFENDANTS PRUDENTIAL FINANCIAL AND THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CERTIFICATE OF SERVICE- Page 2**

DL/204193 1v1