IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GERALD M. ALEXANDER § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIV. ACTION NO. B-03-219 |
| § | |
| PRUDENTIAL FINANCIAL and THE § | |
| PRUDENTIAL INSURANCE COMPANY § | |
| OF AMERICA, § | |
| § | |
| Defendants. § | |

### DEFENDANTS' UNOPPOSED MOTION TO APPEAR
### FOR INITIAL PRETRIAL CONFERENCE

Prudential Financial and The Prudential Insurance Company of America ("Defendants") file this Unopposed Motion to Appear for Initial Pretrial Conference and respectfully show the Court the following:

### I.
### BACKGROUND

The Court has scheduled an Initial Pretrial Conference for February 13, 2004, at 9:30 a.m.

### II.
### MOTION TO APPEAR

The Attorney-In-Charge for this case is Wayne B. Mason. Mr. Mason is unavailable for the Initial Pretrial Conference due to previously made travel plans. Pursuant to the Court's Order Setting Conference, Defendants file this Motion for Katherine Rabe Kull to appear on behalf of the Attorney-In-Charge as good cause exists. She is familiar with the case and has authority to bind Defendants.

## III.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants request that the Court grant their Motion to Appear for Initial Pretrial Conference and provide them all further relief at law or in equity to which they may be entitled.

Respectfully submitted,

_____
WAYNE B. MASON
State Bar No. 13158950
Attorney In Charge

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

**ATTORNEYS FOR DEFENDANTS
PRUDENTIAL FINANCIAL AND
THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA**

OF COUNSEL:

KATHERINE RABE KULL
State Bar No. 24007886
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

## CERTIFICATE OF CONFERENCE

I certify that I conferred with opposing counsel on February 11, 2004, and he is unopposed to this Motion.

_____
KATHERINE RABE KULL

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was sent via facsimile and certified mail, return receipt requested, to Plaintiff's counsel, Victor Quintanilla, Law Offices of Ernesto Gamez, Jr., P.C., 777 East Harrison Street, Brownsville, Texas 78520, on this 11th day of February, 2004, pursuant to the Federal Rules of Civil Procedure.

_____
KATHERINE RABE KULL