IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GERALD M. ALEXANDER | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIV. ACTION NO. B-03-219 |
| v. | § | |
| | § | |
| PRUDENTIAL FINANCIAL AND THE | § | |
| PRUDENTIAL INSURANCE COMPANY | § | |
| OF AMERICA | § | |
| | § | |
| Defendant | | |

## ORDER

Came on to be considered Defendants' Unopposed Motion to Appear for Initial Pretrial Conference and the Court finds good cause exists to grant such Motion.

IT IS, THEREFORE, ORDERED that Katherine Rabe Kull is permitted to appear on behalf of Defendants at the Initial Pretrial Conference on Friday, February 13, 2004, in the place and stead of Wayne B. Mason, the Attorney-in-Charge for Defendants.

Signed February 12, 2004.

_____
UNITED STATES DISTRICT COURT JUDGE

**ORDER** - Page Solo

DL/2045119v1