United States District Court
Southern District of Texas
FILED

FEB 1 3 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**

CIVIL ACTION NO. B-03-219    DATE & TIME: 2/13/04 @ 10:07- 10:18 am
                             COUNSEL:

GERALD ALEXANDER            §   Victor Quintanilla

VS                          §

PRUDENTIAL FINANCIAL, ET AL §   Katherine Kull

---

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket. Victor Quintanilla appeared for Plaintiff. Katherine Kull appeared of the Defendants.

Following deadlines set by the Court:

   Docket Call set for 2/1/05 @ 1:30 p.m.
   Joint Pretrial Order due by 1/14/05
   Dispositive motions, motions for summary judgment filed by 10/1/04
   Non-Dispositive motions filed by 12/10/04
   Discovery completed by 12/10/04
   Plaintiff's experts named by 6/30/04
   Defendant's experts named by 9/3/04
   ETT-2 days. This case will be a bench trial.

Any of the above dates, with the exception of the Docket Call and Joint Pretrial Order dates, can be changed by agreement among the parties w/written notification to the Court of any agreed changes.

Plaintiff's request to amended any pleadings is GRANTED and has 30 days to do so.

Defendants have an 30 additional days to file response.

Court is adjourned.