IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 2 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GERALD ALEXANDER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-219 |
| | § | |
| PRUDENTIAL FINANCIAL, ET AL | § | |

## Scheduling Order

1. Trial: Estimated time to try: __2__ days.  ■ Bench  ☐ Jury

2. New parties must be joined by: _____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:  June 30, 2004

4. The defendant's experts must be named with a report furnished by:  September 3, 2004

5. Discovery must be completed by:  December 10, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions, Motions for Summary Judgment will be filed by:  October 1, 2004

   Non-Dispositive Motions will be filed by:  December 20, 2004

   ************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:  January 14, 2005

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:  February 1, 2005

The case will remain on standby until tried.

Signed this the 20th day of February, 2004.

Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**