United States District Court
Southern District of Texas
FILED

APR 0 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GERALD M. ALEXANDER | § § | |
| V. | § § | CIVIL ACTION B-03-219 |
| PRUDENTIAL FINANCIAL AND THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | § § § § | |

**DEFENDANTS PRUDENTIAL FINANCIAL AND THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA'S UNOPPOSED
MOTION FOR SUBSTITUTION OF COUNSEL**

Prudential Financial and The Prudential Insurance Company of America ("Prudential"), Defendants in the above-styled cause, files this Unopposed Motion for Substitution of Counsel.

1. Wayne B. Mason and Katherine Rabe Kull, attorneys of record and attorneys-in-charge for Defendant Prudential, request permission to withdraw from representing Defendant Prudential in this cause. In conjunction with Wayne B. Mason and Katherine Rabe Kull's withdrawal, Defendant Prudential requests that the attorney identified below be substituted as its counsel of record. In support thereof, Wayne B. Mason and Katherine Rabe Kull and Defendant Prudential respectfully show the Court as follows:

2. Good cause exists for this withdrawal and substitution. Defendant Prudential has requested that Linda P. Wills and Marjorie L. Cohen with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, represent it in this cause. Therefore, Defendant respectfully requests that Linda P. Wills, State Bar No. 21661400, Federal ID No. 12566 and Marjorie L. Cohen, State Bar No. 24031960, Federal ID No. 34303, 6363

58889.1

Woodway, Suite 750, Houston, Texas 77057, telephone (713) 785-7778, facsimile (713) 785-7780, be substituted as counsel for Defendant Prudential, and as Defendant Prudential's attorneys-in-charge.

3. Defendant Prudential has approved and requests the substitution, and the undersigned attorney with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP certifies that they have been employed to represent Defendant in this case.

4. This Motion for Substitution of Counsel is not sought for purposes of delay.

**WHEREFORE, PREMISES CONSIDERED**, Defendant The Prudential Insurance Company of America request that this Court enter an order allowing Wayne B. Mason and Katherine Rabe Kull to withdraw as counsel of record for The Prudential Insurance Company of America and substituting Linda P. Wills and Marjorie L. Cohen of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP as counsel of record for Defendant, The Prudential Insurance Company of America.

Respectfully submitted,

_____
Wayne B. Mason
State Bar No. 13158950
1717 Main Street
Suite 5400
Dallas, Texas
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

OF COUNSEL:
**Katherine Rabe Kull**
State Bar No. 24007886
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
1717 Main Street
Suite 5400
Dallas, Texas
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

58889.1

*Linda P. Wills* w/ perm

**Linda P. Wills**
Texas Bar No. 21661400
Federal I.D. No. 12566
6363 Woodway
Suite 750
Houston, Texas 77057
Telephone: (713) 785-7778
Facsimile: (713) 785-7780

OF COUNSEL:
**Marjorie L. Cohen**
Texas Bar No. 24031960
Federal I.D.No. 34303
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
6363 Woodway
Suite 750
Houston, Texas 77057
Telephone: (713) 785-7778
Facsimile: (713) 785-7780

## CERTIFICATE OF CONFERENCE

Counsel for Defendants have conferred with counsel for Plaintiff. It was determined that counsel are not opposed to the relief requested in the motion.

*Marjorie L. Cohen* w/ perm
Marjorie L. Cohen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing for The Prudential Insurance Company of America's Motion for Substitution of Counsel was served by certified mail return receipt requested on all known counsel of record on this 1st day of April, 2004.

*Wayne B. Mason* w/ perm
Wayne B. Mason