IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GERALD M. ALEXANDER | § | |
| | § | |
| V. | § | CIVIL ACTION B-03-219 |
| | § | |
| PRUDENTIAL FINANCIAL AND THE | § | |
| PRUDENTIAL INSURANCE COMPANY | § | |
| OF AMERICA | § | |

## ORDER

On this day was heard Defendant The Prudential Insurance Company of America's Unopposed Motion for Substitution of Counsel and the Court, having heard the evidence and argument of counsel, is of the opinion that the same is well taken, it is therefore,

ORDERED that Wayne B. Mason and Katherine Rabe Kull be allowed to withdraw as counsel of record and attorneys-in-charge for Defendant, The Prudential Insurance Company of America, and that Linda P. Wills, Texas Bar No. 21661400, Federal I.D. No. 12566, ~~and Marjorie L. Cohen, State Bar No. 24031960, Federal ID No. 34303~~ of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 6363 Woodway, Suite 750, Houston, Texas 77057, Telephone (713) 785-7778, Facsimile (713) 785-7780, be substituted as counsel of record and attorneys-in-charge for Defendant, The Prudential Insurance Company of America.

SIGNED this 6th day of April, 2004.

_____
JUDGE PRESIDING

58889.1