IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

JUL 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GERALD M. ALEXANDER<br>Plaintiff, | §<br>§<br>§ |
| v. | § CIVIL NO. B-03-219 |
| | § |
| PRUDENTIAL FINANCIAL AND THE<br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA<br>    Defendant. | §<br>§<br>§<br>§ |

## ORDER

Defendant Prudential Financial and the Prudential Insurance Company of America ("Defendant") filed a Motion to Dismiss Pursuant to Rule 12(b)(6) on May 28, 2004. To date, Plaintiff Gerald M. Alexander has not filed a response. As the time to file the response has long since run, the Court hereby **GRANTS** Defendant's motion to dismiss without prejudice.

Signed in Brownsville, Texas, this 26th day of July, 2004.

Andrew S. Hanen
United States District Judge