UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GERALD M. ALEXANDER | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:03-cv-00219 |
| | § | |
| PRUDENTIAL FINANCIAL AND THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | § | |

### CERTIFICATE OF INTERESTED PARTIES

Defendants Prudential Financial, Inc. (improperly named as "Prudential Financial") and The Prudential Insurance Company of America hereby designate the following parties who are financially interested in the outcome of this litigation:

1. Gerald M. Alexander (Plaintiff);

2. Prudential Financial, Inc. (Defendant);

3. The Prudential Insurance Company of America (Defendant);

4. Prudential Holdings, LLC (A subsidiary of Defendant Prudential Financial, Inc. & owner of Defendant The Prudential Insurance Company of America);

5. BAE Systems Employee Benefit Plan (Employee Welfare Benefit Plan at issue);

6. BAE Systems, Inc. (Contract holder/Plaintiff's Employer)

7. BAE Systems PLC (Parent Company of Contract holder)

8. Law Offices of Ernesto Gamez, Jr., P.C. (Counsel for Plaintiff);

9. Wilson, Elser, Moskowitz, Edelman & Dicker LLP (Counsel for Defendants).

74516.1

Respectfully submitted,

By: *Linda Wills / lymcc*
Linda P. Wills
Texas Bar No. 21661400
Federal I.D. No. 12566
5847 San Felipe, Suite 2300
Houston, Texas 77057
Telephone: 713/785-7778
Telecopy:   713/785-7780
willsl@wemed.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS PRUDENTIAL FINANCIAL, INC. AND THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

OF COUNSEL:

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

Marjorie Cohen
State Bar No. 24031960
Federal I.D. No. 34303
5847 San Felipe, Suite 2300
Houston, TX 77057
Telephone: 713/785-7778
Telecopy:   713/785-7780
cohenm@wemed.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was delivered to all counsel of record by certified mail, return receipt requested, and/or regular mail, and/or facsimile on this the 14 day of October, 2005.

Victor Quintanilla
**LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.**
777 East Harrison Street
Brownsville, TX 78520

_____
Marjorie Cohen